IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESLEY GADWA, | CV 25-194-M-WWM |
| Plaintiff, | |
| vs. | ORDER |
| THE STANDARD FIRE INSURANCE COMPANY, d/b/a TRAVELERS INDEMNITY COMPANY, and DOES 1-5, | |
| Defendants. | |

The parties have filed a joint notice of settlement and stipulated motion to vacate the upcoming settlement conference. (Doc. 22). Accordingly, and good cause appearing,

IT IS ORDERED that the stipulated motion (Doc. 22) is GRANTED and the settlement conference scheduled for June 12, 2026, is hereby VACATED.

DATED this 2nd day of June, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge